UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT PAUL HEIDEL, JR.**                                         **CIVIL ACTION**

**VERSUS**                                                                        **NO. 14-273**

**THE ROUNDUP OWNER(S)**                                    **SECTION "A"(1)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 25th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE